

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MAR 08 2010

LAWRENCE K. BAERMAN, Clerk
UTICA

CHRISTOPHER DIAZ,

                     Plaintiff,

vs.                                           1:09-CV-1385

WHITNEY M. YOUNG, JR. HEALTH SERVICES,

                     Defendant.

APPEARANCES:                             OF COUNSEL:

DeLORENZO LAW FIRM, LLP              THOMS E. DeLORENZO, ESQ.
Attorneys for Plaintiff
201 Nott Terrace
Schenectady, New York 12307

HINMAN STRAUB, P.C.                    JOSEPH M. DOUGHERTY, ESQ.
Attorneys for Defendant                  DAVID T. LUNTZ, ESQ.
121 State Street
Albany, New York 12207-1693

DAVID N. HURD
United States District Judge

### ORDER

       Defendant has moved to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6) (Document No. 6). Plaintiff does not oppose. (Docket No. 17).

       Therefore, it is

       ORDERED, that the complaint is DISMISSED with prejudice.

       The Clerk is directed to enter judgment accordingly.

       IT IS SO ORDERED.

United States District Judge

Dated:  March 5, 2010
          Utica, New York.